Case: 1:24−mj−00037
Assigned To : Harvey, G. Michael
Assign. Date : 1/30/2024
Description: Complaint W/ Arrest Warrant

<u>**STATEMENT OF FACTS**</u>

The following Statement of Fact outlines law enforcements investigations into three armed carjackings within the District of Columbia occurring on August 11, October 18, and December 18, 2023.  Law enforcement has identified JUNIOUS PLUMMER (DOB: 06/09/1988 and PDID 578-614) as a perpetrator of all three armed carjackings.

*<u>The August 11, 2023 Armed Carjacking</u>*

On August 11, 2023, at approximately 7:48 am the Metropolitan Police Department (MPD) responded to 3915 Dix Street NE, Washington, D.C. for a reported carjacking. The victim of the carjacking (Victim-1) reported to MPD that Victim-1 had parked Victim-1's vehicle, a blue 2005 Hyundai Elantra bearing Maryland tag 37907CF (VIN KMHDN46D05U964713), in a parking lot on the east side of 3905 Dix Street Northeast.  Victim-1 slept in the driver's seat of the Hyundai overnight and Victim-2 slept in the front passenger's seat.  At approximately 7:30 a.m., Victim-1 and observed a suspect opening the driver's door.  The suspect demanded that Victim-1 exit the vehicle.  Victim-1 tried to close the door, but in response, the suspect struck Victim-1 in the head with a black handgun.  Victim-1 exited the vehicle, and the Suspect sat in the driver's seat.  The Suspect then ordered Victim-2 to exit the vehicle and Victim-2 complied. The Suspect then fled in Victim-1's Hyundai, towards Minnesota Avenue NE.  Victim-1's cell phone was inside the vehicle at the time of the offense and remained in the vehicle when the Suspect fled.  Victim-1 described the phone as a black Samsung with a white Tracfone sticker on the back.

Victim-1 described the Suspect as a black male, with brown complexion, approximately 6'0" tall with long dreadlocks and wearing a black long-sleeved top.

MPD also spoke to Victim-2.  Victim-2 reported that Victim-1 parked his vehicle in the parking lot next to the Therapeutic Services building and the two fell asleep in the vehicle. When Victim-2 woke up, Victim-2 saw Victim-1 exiting the vehicle and the Suspect entering the driver's seat. Victim-2 stated that the Suspect stated something to the effect of "you might get your car back later' to Victim-1 and observed the Suspect holding a small handgun at his waist. Victim-2 did not see the Suspect point the firearm or strike Victim-1 with the firearm. Victim-2 gathered his belongings (a phone, backpack, and canes) and exited the vehicle. Victim-2 described the Suspect as a black male in his thirties, medium complexion, slim build, approximately 5'9", wearing a face mask and armed with a handgun.

MPD obtained video footage from the 3900 block of Dix Street Northeast which captured the offense. There are no time stamps on the video clips, however the start times of each video were reflected at the time they were downloaded.

At approximately 7:10 a.m., the Suspect is in the alley behind 3905 Dix Street Northeast with an unidentified individual. The Suspect walks westbound in the alley and out of view of the camera.  The Suspect is wearing a black ski mask that is pulled down to show his face. The Suspect is observed to be a Black male with long black dreads and facial hair wearing a black shirt with

the text "I'm not rude" printed on the shirt in white lettering, black pants, dark-colored shoes, and carrying a yellow backpack.  *See Figure 1.*

<u>*Figure 1*</u>



At approximately 7:26 a.m., the Suspect walks behind Victim-1's vehicle towards Dix Street Northeast. He looks both ways on Dix Street before turning around and walking by Victim-1's vehicle towards the alley. At approximately 7:27 a.m., the Suspect, whose ski mask now covers his face, again walks towards Dix Street and looks around.

At approximately 7:28 a.m., the Suspect approaches the driver's side of Victim-1's vehicle while clutching the outside of his waistband.

<u>*Figure 2*</u>



After several seconds, the Suspect opens the driver's door with his left hand and leans into the vehicle. As he briefly leans outside the vehicle, a black handgun can be seen in his right hand.

*Figure 3*



The Suspect then leans back into the vehicle, and Victim-1 exits the car seconds later. The Suspect enters the driver's seat, and Victim-1 walks around to the passenger's side, opens the passenger's door, and Victim-2 exits the car. At approximately 7:31 a.m., the Suspect drives away in Victim-1's vehicle.

Approximately seventeen hours later, on August 11, 2023, at approximately 10:20 p.m., MPD officers were patrolling in the Seventh District when they observed a blue Hyundai sedan parked in the rear of 2723 Jasper Street SE. An inquiry revealed the vehicle was carjacked in the offense described above. The vehicle was processed by the D.C. Department of Forensic Sciences, and a yellow backpack was located on the rear passenger floorboard. MPD sent a picture of this bag to Victim-1, and Victim-1 reported the bag did not belong to Victim-1. Instead, based on surveillance video recovered from 3900 Dix Street NE, the yellow backpack recovered from the vehicle is consistent in appearance with the backpack carried by the Suspect during the carjacking. Inside the yellow backpack were multiple cellphones, including a black Samsung Tracfone with a white sticker on it consistent with the Victim-1's phone. MPD sent Victim-1 a picture of the phone, and Victim-1 reported that it looked like his phone, however the phone number was deactivated, and Victim-1 did not know any serial numbers associated with the phone to confirm it was his.

At approximately 10:31 p.m. while on scene recovering the vehicle, officers were approached by a black male with long dreads and facial hair wearing a white shirt with black lettering on the front and light blue jeans. *See Figure 4.*

*Figure 4*



The individual advised officers that his bookbag was in the car, and it had been in the vehicle for approximately 30 minutes or an hour. When officers asked the individual if he knew to whom the vehicle belonged, the man responded, "I know him, but I don't know him. I just know they call him Jason." The man then corrected himself and stated "Jake," and in response to the officer's questions provided a description of "Jake." The man then asked: "is this car stolen or something?" An officer indicated that it was and then asked the individual for his name. The individual reported that his name was "Grant." The man then stated that his property including his phones were in his backpack. The officer explained that the man could not get his property right away but could retrieve it from the 7th District after officers were done processing the car. The officer again asked for the man's information so that he could retrieve the property afterwards. After discussing the process for obtaining his property, the man offered to write his name on a piece of paper. The man then wrote down his name, date of birth and address as reflected in *Figure 5*.

*Figure 5*



by Cameron Tepfer (dcmetro.evidence.com) on 25 Jan 2024

As reflected in *Figure 5*, the man provided his name as "Junious Plummer," with a DOB of 6/9/1988.

MPD officers recovered surveillance footage from the intersection of 28th Street and Jasper Street SE.

- On August 11, 2023 at 19:52:09 hours, Victim-1's vehicle is observed traveling eastbound in the 2700 block of Jasper Street Southeast. The sunroof is open and the front passenger's window appears to be down. The driver appears to be wearing a white shirt, and there is a yellow item in the front seat. The vehicle turns right and travels southbound in the 3200 block of 28th Street Southeast.
- 19:52:17: Victim-1's vehicle turns right into an alley in the rear of 2723/2727 Jasper Street Southeast and out of view of the camera.
- 22:23:10: A marked police cruiser enters the alley behind 2723 Jasper Street Southeast from where officers recovered the Victim-1's vehicle.
- 22:24:38: Two individuals walk out of the alley behind 2727 Jasper Street Southeast and travel northbound on 28th Street Southeast. One individual is observed wearing dark clothing, and the second individual is observed to be a Black male with long dreads wearing a white t-shirt with a black design on the chest, light blue jeans (consistent with the physical appearance and clothing of Junious Plummer when he makes contact with the officers seven minutes later). Both individuals walk westbound on Jasper Street Southeast and out of view of the camera.

Law enforcement conducted searches of law enforcement databases based on the name "JUNIOUS PLUMMER." Law enforcement identified an individual named JUNIOUS PLUMMER, with a DOB 6/9/1988, and PDID 578-614. As reflected in *Figure* 6, Law enforcement databases contained a photograph of PLUMMER from an October 30, 2023 arrest.

*Figure 6*



The October 30, 2023, photograph of PLUMMER was based on an arrest for PLUMMER's Unlawful Possession of a Firearm. Specifically, PLUMMER was found to be in possession of a black Charter Arms .357 revolver loaded with five rounds of ammunition, which is reflected in *Figure 7*.

*Figure 7*



A comparison of PLUMMER's October 30, 2023 photograph (*Figure 6*), with surveillance video from the carjacking of a man carrying a yellow backpack and carjacking the blue Hyundai (*Figure* 1) and body-worn camera (*Figure 4*) of the man who identified himself as JUNIOUS PLUMMER, and identified himself as leaving a yellow backpack in the stolen vehicle that

contained a phone consistent with Victim-1 less than 24 hours after the carjacking, reflects that the individual appears to be the same man.

### *October 18, 2023 Carjacking*

On October 18, 2023, MPD Officer L. Rollins was working at the Bank of America located at 3821 Minnesota Avenue Northeast, Washington, D.C., when Victim-3 approached Officer Rollins and advised that he had been carjacked while at the nearby gas station. Victim-3 explained that he had been pumping gas when the Suspect walked up to him, pointed a firearm at him, and told him: "gimme your keys." The Suspect stole Victim-3's car keys, a cellphone, and his vehicle. Victim-3's vehicle is a white 2019 Toyota Camry, 4-door sedan, with Maryland registration 6CFP27, and VIN 4T1BE46K77U570165.

Victim-3 described the Suspect as an African American male, light skin-complexion, slim build, dreadlocks, wearing blue jeans and a backpack.

Detective D. Brake interviewed Victim-3. Victim-3 explained that he stopped at the Exxon Gas Station located at 4100 Hunt Place NE, Washington, D.C. Victim-3's vehicle was facing the gas station, in the direction of Nannie Helen Burroughs Avenue Northeast, Washington, DC. Victim-3 advised that as he finished pumping gas and was about to re-enter his vehicle, the Suspect walked up from the front of his vehicle and brandished a silver revolver. The Suspect stated: "gimme your keys." Victim-3 said that he hesitated and, in response, the Suspect struck him once on the side of his head with the firearm. Victim-3 dropped his vehicle keys and cellphone. The Suspect picked up the keys and phone from the ground and got into Victim-3's vehicle and drove across Hunt Place Northeast into the adjacent alley, behind the 4100 block of Minnesota Avenue Northeast. Victim-3 advised that he briefly ran after his vehicle but then walked in a southbound direction on Minnesota Avenue NE until he saw a police officer, in the Bank of America parking lot.

In addition to the vehicle, the Suspect stole Victim-3's blue Apple iPhone 14, a pair of Apple AirPods, and keys. Victim-3 described the Suspect as an African-American man, approximately in his thirties, approximately 6'0 in height, thin build, long dreadlocks, slight facial hair, brown-skinned, wearing blue jeans, and armed with a silver revolver.

MPD recovered surveillance footage from the Exxon Mobile Gas Station located at 4100 Hunt Place NE, Washington, D.C.  While the date on the footage was accurate, the display time was four hours ahead of the actual time of events portrayed in the footage (e.g the time displayed 4:33 p.m. for events occurring at 12:33 p.m.

On October 18, 2023, a camera labeled CH10 captured what appeared to be two individuals sitting on a retaining wall adjacent to an alley in the 4100 block of Hunt Place NE.  The individuals on the retaining wall are circled in red in *Figure 8*.

*Figure 8*



Victim-3's vehicle (circled in red in *Figure 9*) travelled from Minnesota Avenue NE.



*Figure 9*



Victim-3 exited the driver's seat of his vehicle and walked toward the gas station.

*Figure 10*



The footage next captured Victim-3 walk back and refuel his vehicle.





As Victim-3 refueled his vehicle, one of the two individuals (the Suspect), stands up and starts walking towards the gas station. The second individual stayed sitting on the retaining wall.

*Figure 12*



As the Suspect walked into the camera view his dreadlocks, which appeared very long, were captured swinging. The suspect was wearing light color pants, a blue jacket, dark color shoes, a backpack, and he was wearing some black article of clothing on his head. As the Suspect walked through the gas station parking lot, he was captured looking over at Victim-3 as he refueled his vehicle. The Suspect then walked in front of Victim-3's vehicle and appeared to be reaching into his waistband. The Suspect can be seen pulling something from his waistband and quickly walking over to Victim-3.

*Figures 13 and 14*



The Suspect walked around the opened driver's door of Victim-3's vehicle and Victim-3 jumps backwards. The Suspect then moved towards Victim-3 and is captured striking Victim-3 across the head.  The Suspect then bends down and appears to pick something up off the ground.

*Figures 15 and 16*





Victim-3 is then captured backing away from S-1, as S-1 entered the driver's seat of Victim-3's vehicle. S-1 then flees in Victim-3's vehicle onto the 4100 block of Hunt Place NE, Washington, D.C. and into the alley behind the 4100 block of Minnesota Avenue NE.  Victim-3 is seen running towards his stolen vehicle.

*Figures 17, 18, and 19*







During the course of their investigation, MPD became aware of the August 11, 2023 carjacking incident described above. MPD reviewed the photographs depicted above in *Figures 1* and *4*, and determined that the suspect in the August carjacking was similar in appearance and stole the vehicle in a similar manner, specifically approaching and then hitting the victim in the head with a firearm.

On January 6, 2024, MPD contacted Victim-3 and asked if he could identify the Suspect. Victim-3 responded that the Suspect was "at least 30 years old or older, light skin/brown skin, long thick braids or dreads, I remember he had a small backpack, silver rusty revolver, all I remember." On January 10, 2024, MPD conducted a photo array with Victim-3. Specifically, Victim-3 was provided with 8 photographs of individuals similar in appearance to JUNIOUS PLUMMER, along with 1 photograph of PLUMMER (9 photographs in total). Victim-3 identified the October 30, 2023 photograph (*Figure 6*) of PLUMMER as the Suspect.

Additionally, MPD showed Victim-3 a photograph of the firearm that Junious Plummer was arrested with on October 30, 2023 to see if Victim-3 recognized the firearm. Victim-3 advised that he believed that the firearm is possibly the same as the one used by S-1 during the Carjacking. Victim-3 advised that the firearm he remembered was an older looking revolver. Victim-3 noted that he did not see the handle of the firearm during the carjacking.

*Figure 20*



### The December 18, 2023 Armed Carjacking

On December 18, 2023, MPD responded to 4020 Minnesota Avenue Northeast Washington, D.C. at the Park Seven Apartments for a reported armed carjacking. Officers spoke with Victim-4, who reported that two black males, one armed with a machine-style handgun, approached her and took her vehicle, a 2014 black Chrysler 300 bearing Maryland tag 2GA0726. Victim-4 advised that the individuals had also taken her purple iPhone 14 Pro Max, a brown Michael Kors wallet, and a purse.

Detectives Napper and Manning responded to the scene to assist in the investigation. Detectives Napper and Manning interviewed Victim-4. She reported that around 6:55 AM, she had exited the building and was walking towards her vehicle, which was parked on the south side of the building. Victim-4 advised that she saw Suspect-1 and Suspect-2 walking ahead of her in the parking lot. She believed they were acting suspiciously, but she advised that due to where she lived, she brushed it off. Victim-4 advised that she started her vehicle and went to the trunk of the car. Once at the truck of the car, Suspect-1 pointed a machine-style gun, with a drum attached, at her. Suspect-1 stated something to the effect of "give me your keys, give me your keys" and started

forcing Victim-4 to the ground. Victim-4 advised that she put her hands up, and Suspect-1 stuck the gun in her side and to her head and asked for the keys again. Victim-4 advised that she told Suspect-1 that the keys were in the vehicle. At this point, Suspect-2 approached and jumped into the driver's seat of the vehicle, and Suspect-1 got into the passenger seat of the vehicle and fled the location towards Minnesota Avenue NE.

Victim-4 reviewed her bank account information and noticed that someone had used her debit card at 7:22 AM at a Sunoco gas stations in Upper Marlboro, Maryland. MPD conducted a query and determined that there are two Sunocos in Upper Marlboro: Store No. 0436645604, 1020 Largo Center Drive, Upper Marlboro, MD 20774, and Store No. 0432495000, 4109 Crain Hwy, Upper Marlboro, MD 20772. There were two transactions at Sunoco. One for $13.15 and another for $47.53. Shortly after, at 8:00 AM, Victim-4's debit card was used at Target, located at 4600 Mitchellville Road, Bowie, Maryland. The Target transaction was for $529.99. At 8:31 AM, the debit card was again used at Walmart, located at 3300 Crain Highway, Bowie, MD 20716. The Walmart transaction was for $105.75.

Victim-4 described the suspects to police. She described Suspect-1 as a black male dark complexion, slim build, 5'7-5'9", wearing all black. Victim-4 described Suspect-2 as a black male medium complexion, 6'-6'3", wearing all-black clothing.

On December 19, 2023, MPD spoke with Victim-4 over the phone. Victim-4 explained that the offense occurred in her apartment garage parking area. Victim-4 provided the same account of the events that transpired as what she had previously told MPD. Victim-4 described Suspect-1 as a black male, dark complexion, 5'8-5'9 in height, skinny build and all black clothing to include a black ski mask. Victim-4 described Suspect-2 as a black male medium complexion, thin build, all black clothing, black ski mask, and black construction boots. Victim-4 provided screen shots of the unauthorized credit card transactions at the Sunoco. The complainant stated that the unauthorized transactions at both Target and Walmart were relayed to her over the phone by her bank but that the transactions do not show up on the statement because they were unsuccessful.

MPD called Victim-4 again on December 21, 2023. Victim-4 told MPD that Suspect-1, who was armed with the rifle, got into the passenger seat of the vehicle. Victim-4 stated that Suspect-2 also had a handgun but that he did not say anything or engage her and got into the driver seat of the vehicle. Victim-4 stated that Suspect-2 was wearing construction boots.

MPD recovered surveillance footage from Minnesota Avenue and Dix Street NE. The footage contained time stamps accurately reflecting the time.

At 06:41:52 AM, two black men walk north on Minnesota Avenue Northeast together. The first man is wearing all dark clothing including a dark colored jacket with fur on the hood. The second man is wearing all dark clothing and carrying a red book bag over his shoulders. Both men walk northbound on Minnesota Avenue NE toward the offense location out of camera view.

On December 20, 2023 Detective Rimel received video footage from the Target located at 4600 Mitchellville Road Bowie, Maryland.

Video from the electronics section, where Victim-4's card was used, reflects the following:

16

- 7:53:25:  Suspect-2 in all black clothing, and a black ski mask walks into camera view and walks past the sale counter. Suspect-2 walks down the aisle away from the camera and out of camera view;
- 7:53:54:  Suspect-1 in all dark pants, dark hoodie with white writing, and a dark jacket with fur on the hood enters the camera view. Suspect-1 walks along the sale counter into the electronics section. Suspect-1 then stands in front of the sale counter and pulls an item from his pocket and looks down at it. Suspect-1 stands at the sale counter for the remainder of the video;
- 7:55:57: Suspect-2 re-appears from the aisle into camera view and walks toward Suspect-1. Suspect-2 walks past Suspect-1 and enters the electronics section Suspect-2 walks back and forth through the aisles as if he is looking at the electronics inventory. Suspect-2 then exits camera view, at the bottom left of the screen.
- 7:59:38 An employee wearing a red shirt approaches the counter carrying a box. Suspect-1 enters a credit card into the credit card reader. Suspect-1 then pulls the credit card from the reader and appears to place it back into his pocket. At 8:01:47, Suspect-1 walks away from the counter and out of camera view.

Video from the store's exit reflects the following:

- 8:03:06:  Suspect-1 exits the store. Suspect-1 is wearing dark pants a brown belt a black hoodie with a light or white colored graphic on the front and a black or dark grey coat with fur around the hood. Suspect-1 has glasses on and a ski mask. *See Figure 21.*

*Figure 21*



- 8:03:19:  Suspect-2 exits the store wearing black pants with thigh high zipper pockets, a black button up style coat and a ski mask. Suspect-2 is also wearing green or blue tinted glasses. Suspect-2 appears to be slightly taller than Suspect-1. See Figure 22.

*Figure 22*



Video from the parking lot reflects the following:

- 8:03:22:  Suspect-1 is observed walking away from the store wearing the jacket with fur on the hood. Suspect-2 is then observed walking to the left of Suspect-1. Suspect-1 walks to then tenth car away from the store in the fourth row of cars and disappears out of camera view. Suspect-2 walks to the same vehicle but on the passenger side and disappears from camera view.
- 8:07:52:  A black Chrysler 300 exits the parking space where Suspect-1 and Suspect-2 were seen walking toward. The Chrysler 300 turns away from the store and drives away, the vehicle makes a left turn toward the end of the parking lot out of camera view. See Figure 24.

*Figure 23*



Law enforcement also obtained surveillance video from the Wal-Mart in Bowie, Maryland where Victim-4's debit card was also used.

Surveillance footage from the store entrance reflects that at 8:16:30 a.m., Suspect-2 walks into the store followed by Suspect-1. Suspect-1 is wearing black sneakers, black pants, brown belt, black sweatshirt with white graphics and a black jacket with fur on the hood, with a satchel draped across his chest.  *See Figure 25* below. Suspect-2 is wearing black boots, black pants with zippers on the sides, a black coat with a hood, Suspect-2 appears to have a mustache.  *See Figures 25* and *26* below. It appears based on the entrance theft detection device that Suspect-2 is slightly taller than Suspect-1.

*Figures 25 and 26*





Surveillance footage from near the self-checkout registers reflects that at 8:41:02 a.m., both suspects walk in front of the self-checkout registers and walk out the store.

After reviewing the video footage from both Walmart and Target, it appears that the individuals who enter the Target are the same two individuals who enter the Walmart. In each of the video clips there is a male in a dark colored jacket with fur on the hood observed with a second male in all dark clothing. In the videos from both stores, Suspect-1 appeared slightly shorter than Suspect-2. Victim-4 stated that Suspect-2 was taller than Suspect-1 and that Suspect-2 was wearing work boots.

Moreover, all of the locations at which Victim-4's card was used are driveable within the amount of time that expired by the time of each purchase.  Specifically, the carjacking occurred at 6:55 AM at 4020 Minnesota Avenue NE.  The transaction at Sunoco occurred twenty-seven minutes later at 7:22 AM.  One of the Sunoco's is located 7.7 miles away from 4020 Minnesota Avenue and would take approximately twenty-three minutes to reach traveling at normal speeds. The other Sunoco is located 22.7 miles away from 4020 Minnesota Avenue and would take approximately twenty-eight minutes to reach traveling at normal speeds.  Victim-4's card was used thirty-eight minutes later at the Target.  The Target is located 10 miles (or eighteen minutes) from one Sunoco and 13 miles (eighteen to twenty minutes) from the other.  Thirty-one minutes later, Victim-4's card was used at the Walmart.  The Walmart is 1.5 miles (six minutes) from the Target.

Surveillance footage was also recovered from 4020 Minnesota Avenue NE, the parking lot where the offense occurred.  The surveillance footage reflects that at 06:55:34 Suspect-2, followed by Suspect-1 enter the rear parking area through the vehicle gate. *See Figure* 27. Suspect-2 is wearing all black clothing with a red or orange book bag. Suspect-1 is wearing black pants and a

dark colored jacket with fur on the hood. At 07:01:16 a black Chrysler 300 is observed exiting the parking lot. *See Figure* 28.

*Figure 27*



*Figure 28*



The individuals in this footage are consistent in appearance and dress with the individuals depicted in the Target and Walmart surveillance footage.

MPD created and circulated a Be On the Lookout (BOLO) poster for the unmasked individual (Suspect-2) and released it to the public.

*Figure 29*



An anonymous caller identified Suspect-2 as "Craig Marbury." MPD reviewed law enforcement databases and identified a "Robert Craig Marbury." MPD responded to that individual's home and met with his family members. Those family members provided a recent photograph of Mr. Marbury who did not appear to be the same individual as Suspect-1 or Suspect-2.

MPD conducted public records searches for Junious Plummer and identified several potential family members. MPD responded to one of their listed addresses and met with a family member of Junious Plummer. MPD stated that they were investigating a crime in Washington, D.C. and asked the family member to look at the BOLO featuring the surveillance footage of Subject-2 as depicted in *Figure* 29. Mr. Plummer's family member identified Subject-2 as Junious Plummer, first in the surveillance footage photograph and then in the October 2023 booking photo (*Figure 6*).

Each of the carjacked vehicles referenced above were manufactured outside of Washington, D.C. Therefore, each vehicle was transported, shipped, or received in interstate or foreign commerce.

Respectfully Submitted,

Special Agent Bridgett Soares
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on January 30, 2024.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE